## L. H. Roscoe *vs.* J. G. Sawyer.

May Term, 1899.

Present: Rowell, Tyler, Munson, Start, Thompson and Watson, JJ.

Opinion filed May 26, 1899.

The facts found are inconsistent with one another and afford no basis for a
judgment in the plaintiff's favor.

Case for deceit. Trial by court, at the March term,
1899, Chittenden county, *Taft*, C. J., presiding. *Pro-forma*
judgment for the plaintiff for $96.04, damages, and costs.
The defendant excepted.

*George M. Powers* for the defendant.

*L. F. Wilbur* and *Brown & Macomber* for the plaintiff.

Rowell, J. This is case for deceit in obtaining credit by
false representations. But the facts found cuff one another
so that they cannot be said to show that credit was thus
obtained. Although some of them show that it was, others
show that it was not. Thus, it is expressly found that after

the time of the false representations, the plaintiff sold the goods in question to be paid for on delivery, and that he insisted upon payment C. O. D., and that payments were made by the defendant as a result of the plaintiff's attempt to collect pay therefor as fast as they were sold. With this finding it is impossible to say that the defendant obtained credit by reason of the false representations.

*Judgment reversed, and judgment for the defendant.*